**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eric SINGLETON, Defendant–Appellant.**

**No. 15–2152.**

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 27, 2016.

Filed: Jan. 29, 2016.

Ann M. Koszuth, Asst. Fed. Public Defender, Springfield, MO (Laine Cardarella, Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Eric Singleton, Springfield, MO, pro se.

Cynthia J. Hyde, Asst. U.S. Atty., Springfield, MO, for appellee.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Federal prisoner Eric Singleton appeals the district court's [1] order, entered after a hearing, committing Singleton for mental health care or treatment under 18 U.S.C. § 4245. Following careful review of the record, which included a treating psychologist's report containing the opinion that Singleton met the criteria for commitment, we conclude the district court's finding that Singleton was then in need of hospitalization for care or treatment is supported by a preponderance of the evidence, and is not clearly erroneous. *See* 18 U.S.C. § 4245(d) (burden of proof); *United States v. Bean,* 373 F.3d 877, 879 (8th Cir.2004) (standard of review). The judgment is affirmed, and counsel's motion to withdraw is granted.

---

1. The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.